**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____     Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pro Tool & Design, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 06-1345891 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 45 Maselli Road Newington, CT 06111 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hartford | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL) _____

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Pro Tool & Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

3327

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | Pro Tool & Design, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.   Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Pro Tool & Design, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 3, 2024___
MM / DD / YYYY

**X** /s/ Michael Bosse _____          Michael Bosse _____
Signature of authorized representative of debtor          Printed name

Title ___President_____

**18. Signature of attorney**

**X** /s/ Anthony S. Novak _____          Date ___September 3, 2024___
Signature of attorney for debtor                                                MM / DD / YYYY

Anthony S. Novak _____
Printed name

Novak Law Office, PC _____
Firm name

280 Adams Street
Manchester, CT 06042 _____
Number, Street, City, State & ZIP Code

Contact phone ___(860) 432-7710___          Email address ___anthonysnovak@aol.com___

ct09074 CT _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Pro Tool & Design, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 3, 2024__     **X** /s/ Michael Bosse
                                      Signature of individual signing on behalf of debtor

                                      Michael Bosse
                                      Printed name

                                      President
                                      Position or relationship to debtor

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Pro Tool & Design, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF CONNECTICUT</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $        0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $     26,908.54

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $     26,908.54

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     49,950.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $     3.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     118,394.87

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b             $     168,347.87

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Pro Tool & Design, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America #8567 | Checking | | $1,132.88 |
| 3.2. | Thomaston Savings Bank #9202 | Checking | | $67.50 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         $1,200.38

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit with Maselli Rd Complex LLC | $1,800.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   Pro Tool & Design, Inc.                                    Case number *(If known)* _____
          Name

8.1.  Prepayment on Workman's Comp Insurance with The Hartford _____     $350.00

9.   **Total of Part 2.**                                                          $2,150.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   _____5,130.00_____  -  _____0.00_____ = ....   $5,130.00
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:   _____2,508.16_____  -  _____580.00_____ =....   $1,928.16
                         face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                         $7,058.16
      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** scrap metal | | $0.00 | | Unknown |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                          $0.00
      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                     page  2

Debtor      Pro Tool & Design, Inc.
_____     Case number *(If known)* _____
Name

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>2 desks,   chairs, tables, cabinets | $0.00 | | $1,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>2005 NEC DS-100 phone system,<br>2 computers,<br>HP Design jet 220 plotter,<br>copier/scan/fax machine | $0.00 | | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.                                 | $1,500.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   Pro Tool & Design, Inc.                                     Case number *(if known)* _____
         Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      1991 Senaca Falls lathe, 1991 Horizontal band
      saw, 1991 Drill press motor, 1991 B & S 618
      Micromaster surf grinder, 1991 MAG chuck
      surface grinder, 1991 Opti-Dress and parts, 1991
      spindle repair, 1991 J & L 14" comparator (2),
      1991 Do all vertical saw, 1991 centron, 1992
      bridgeport vert mill, 1992 model #162 diam wheel
      dresser, 1992 Reid 618 Hyd surface grinder, 1992
      Mad compound sine chuck, 1992 vertical mill
      cincinnati, 1992 mag chuck, 1992 gind wheel
      adapter, 1992 O.S. Walker mag chuck, 1992 J &L
      Wheel adapters, 1993 B&S #13 chuck, 1994 B&S
      618 Surface grinder, 1994 sandblaster trinco,
      1994 compressor, 1994 O.S. Walker chuck 618
      ceramax perm, 1994 14" logan lathe with
      attachment, 1994 Cinn. vert milling machine, 1995
      Precision Int'l E model P.G. opti-dress machine,
      1995 B & S #13 tool grinder, 1995 J&L 14"
      comparator PC14A, 1997 Opti-dress, 1998 FX-10
      edm machine, 2000 Model 162 Wheel dresser
      all-five, 2001 B&S OD grinder (2), 2001 PC 4A
      comparator, 2005 FA-10SM Mitz EDM mach.,
      2005 TMS50 Thermal air dryer, 2006 B&S 6X18
      surface grinder, 2007 Harig 6x8 surface grinder,
      2006 Bridgeport vertical miller, 2007 Ashland
      machine, 2023 torit dust collector                          $0.00                          $15,000.00

51.   **Total of Part 8.**                                                                  | $15,000.00 |

      Add lines 47 through 50.    Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☒ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

      ☒ No.   Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.   Go to Part 11.
      ☒ Yes Fill in the information below.

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   Pro Tool & Design, Inc._____   Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer List with names and addresses | $0.00 | | $0.00 |

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☒ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☒ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** General Liability Insurance | $0.00 |

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Pro Tool & Design, Inc.
_____
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $0.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Pro Tool & Design, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,200.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,150.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,058.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,908.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,908.54 |

**Fill in this information to identify the case:**

Debtor name _____Pro Tool & Design, Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF CONNECTICUT_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br><br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** Thomaston Savings Bank <br><br> *Creditor's Name* | **Describe debtor's property that is subject to a lien** <br> Bank of America #8567; Thomaston Savings Bank #9202; Accounts Receivable as of July 18, 2024; Accounts Receivable as of July 18, 2024; scrap metal; 2 desks,    chairs, tables, cabinets; 2005 NEC DS-100 phone system, 2 computers, HP Design jet 220 plotter,copier/scan/fax machine; 1991 Senaca Falls lathe, 1991 Horizontal band saw, 1991 Drill press motor, 1991 B & S 618 Micromaster surf grinder, 1991 MAG chuck surface grinder, 1991 Opti-Dress and parts, 1991 spindle repair, 1991 J & L 14" comparator (2), 1991 Do all vertical saw, 1991 centron, 1992 bridgeport vert mill, 1992 model #162 diam wheel dresser, 1992 Reid 618 Hyd surface grinder, 1992 Mad compound sine chuck, 1992 vertical mill cincinnati, 1992 mag chuck, 1992 gind wheel adapter, 1992 O.S. Walker mag chuck, 1992 J &L Wheel adapters, 1993 B&S #13 chuck, 1994 B&S 618 Surface grinder, 1994 sandblaster trinco, 1994 compressor, 1994 O.S. Walker chuck 618 ceramax perm, 1994 14" logan lathe with attachment, 1994 Cinn. vert milling machine, 1995 Precision Int'l E model P.G. opti-dress machine, 1995 B & S #13 tool grinder, 1995 J&L 14" comparator PC14A, 1997 Opti-dress, 1998 FX-10 edm machine, 2000 Model 162 Wheel dresser all-five, 2001 B&S OD grinder (2), 2001 PC 4A comparator, 2005 FA-10SM Mitz EDM mach., 2005 TMS50 Thermal air dryer, 2006 B&S 6X18 surface grinder, 2007 Harig 6x8 surface grinder, 2006 Bridgeport vertical miller, 2007 Ashland machine, 2023 torit dust collector | $49,950.00 | $24,758.54 |
| Attn: President <br> P.O. Box 907 <br> Thomaston, CT 06787 <br> *Creditor's mailing address* | **Describe the lien** <br> UCC filing <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| *Creditor's email address, if known* | | | |
| **Date debt was incurred** | | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Pro Tool & Design, Inc.                                              Case number (if known)  _____
        Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $49,950.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Pro Tool & Design, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |
|---|---|---|---|---|
| | CT Dept. of Revenue Services<br>C & E Division, Bankruptcy Unit<br>450 Columbus Blvd Suite 1<br>Hartford, CT 06103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2023 | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |
|---|---|---|---|---|
| | Internal Revenue Service<br>Attn: Special Procedures<br>135 High Street, Stop 155<br>Hartford, CT 06103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |
|---|---|---|---|---|
| | Town of Newington CT<br>Attn: Tax Collector<br>200 Garfield Street<br>Newington, CT 06111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  __Pro Tool & Design, Inc.__                                   Case number (if known) _____
        Name

out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Accu-Grind Industrial Supply LLC
Attn: President
197 Delaware Avenue
Waterbury, CT 06708

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,297.14

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Anthem Blue Cross Blue Shield
Attn: President
P.O. Box 11792
Newark, NJ 07101

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,059.78

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Arthur R. Warner Co.
Attn: President
701 Depot Street
Latrobe, PA 15650

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$332.28

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Chubb
Attn: President
P.O. Box 382001
Pittsburgh, PA 15250

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$365.85

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Citibusiness Card
Attn: President
P.O. Box 70166
Philadelphia, PA 19176

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,348.55

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4727_

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Connecticut Natural Gas
Attn: President
P.O. Box 847820
Boston, MA 02284

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$331.74

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3604_

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
Cox Business
Attn: President
P.O. Box 78000
Dept. 781110
Detroit, MI 48278

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$398.84

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0801_

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Pro Tool & Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,650.00**

CT Laser & Engraving LLC
Attn: President
63 N. Cherry St. Suite 3
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$274.36**

CWPM
Attn: President
P.O. Box 415
Plainville, CT 06062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6001

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$165.43**

DGI Supply
Attn: President
100 Lakeview Parkway Unit 100
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 4989

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,986.31**

Eversource
Attn: Bankruptcy or Legal Dept107 Selden
Street
Berlin, CT 06037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 9004

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,051.16**

Griggs Steel Co.
Attn: President
P.O. Box 675382
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$141.61**

Hartford Courant
Attn: President
P.O. Box 569
Hartford, CT 06141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53.52**

Hemly Tool Supply of CT LLC
Attn: President
11 Pane Road
Newington, CT 06111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Pro Tool & Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Maselli Road Complex LLC
Attn: President
638 Church Street
Newington, CT 06111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,604.48 |
|---|---|---|---|

MDN Associates Inc.
Attn: President
18 Robindale Road
Prospect, CT 06712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,025.76 |
|---|---|---|---|

Single Source Technologies
Attn: President
Dept. CH 16443
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number  3645

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.50 |
|---|---|---|---|

Somma Tool Company Inc.
Attn: President
109 Scott Road
Waterbury, CT 06705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

TD Bank
Attn: President
1133 Main Street
Newington, CT 06111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number  3799

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.34 |
|---|---|---|---|

The Hartford
Attn: President
P.O. Box 660916
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number  2511

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.22 |
|---|---|---|---|

UPS
Attn: President
P.O. Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

Debtor  Pro Tool & Design, Inc.
_____
Name

Case number *(if known)* _____

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | A.R.M. Solutions<br>Attn: President<br>P.O. Box 3666<br>Camarillo, CA 93011 | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.2 | A.R.M. Solutions<br>Attn: President<br>2455 Teller Rd, Suite 150<br>Newbury Park, CA 91320 | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ann Thidemann Esq.<br>Asst. U.S. Attorney<br>1000 Lafayette Blvd 10th Floor<br>Bridgeport, CT 06604 | Line 2.2<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Christine Sciarrino Esq.<br>Asst. U.S. Attorney<br>1000 Lafayette Blvd 10th Floor<br>Bridgeport, CT 06604 | Line 2.2<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Citibusiness Card<br>Attn: President<br>P.O. Box 183051<br>Columbus, OH 43218 | Line 3.5<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Credit Control LLC<br>Attn: President<br>3300 Rider Trail S. Suite 500<br>Earth City, MO 63045 | Line 3.19<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Credit Control LLC<br>Attn: President<br>P.O. Box 51790<br>Livonia, MI 48151 | Line 3.19<br>☐ Not listed. Explain ____ | _ |
| 4.8 | CT Dept. of Revenue Services<br>Attn: Manager<br>P.O. Box 5089<br>Hartford, CT 06102 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.9 | DoAll Company<br>Attn: President<br>P.O. Box 200068<br>Dallas, TX 75320 | Line 3.10<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Eversource<br>Attn: President<br>P.O. Box 56002<br>Boston, MA 02205 | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Line 2.2<br>☐ Not listed. Explain ____ | _ |

| Debtor | Pro Tool & Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Line  2.2 <br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | Radius Global Solutions LLC<br>Attn: President<br>P.O. Box 390916<br>Minneapolis, MN 55439 | Line  3.19 <br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    3.00 |
| **5b. Total claims from Part 2** | 5b.  + | $              118,394.87 |
| | | |
| **5c. Total of Parts 1 and 2**<br>        Lines 5a + 5b = 5c. | 5c. | $              118,397.87 |

**Fill in this information to identify the case:**

Debtor name ___Pro Tool & Design, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Pro Tool & Design, Inc.

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Internal Revenue Service | ☐ D _____<br>☒ E/F __2.2__<br>☐ G _____ |
| 2.2 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | CT Dept. of Revenue Services | ☐ D _____<br>☒ E/F __2.1__<br>☐ G _____ |
| 2.3 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Town of Newington CT | ☐ D _____<br>☒ E/F __2.3__<br>☐ G _____ |
| 2.4 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Accu-Grind Industrial Supply LLC | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.5 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Anthem Blue Cross Blue Shield | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.6 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Arthur R. Warner Co. | ☐ D _____<br>☒ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Pro Tool & Design, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Chubb | ☐ D ____<br>☒ E/F __3.4__<br>☐ G ____ |
| 2.8 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Citibusiness Card | ☐ D ____<br>☒ E/F __3.5__<br>☐ G ____ |
| 2.9 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Connecticut Natural Gas | ☐ D ____<br>☒ E/F __3.6__<br>☐ G ____ |
| 2.10 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | CT Laser & Engraving LLC | ☐ D ____<br>☒ E/F __3.8__<br>☐ G ____ |
| 2.11 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | CWPM | ☐ D ____<br>☒ E/F __3.9__<br>☐ G ____ |
| 2.12 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | DGI Supply | ☐ D ____<br>☒ E/F __3.10__<br>☐ G ____ |
| 2.13 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Eversource | ☐ D ____<br>☒ E/F __3.11__<br>☐ G ____ |
| 2.14 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Hemly Tool Supply of CT LLC | ☐ D ____<br>☒ E/F __3.14__<br>☐ G ____ |
| 2.15 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | The Hartford | ☐ D ____<br>☒ E/F __3.20__<br>☐ G ____ |
| 2.16 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | TD Bank | ☐ D ____<br>☒ E/F __3.19__<br>☐ G ____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

Debtor   Pro Tool & Design, Inc.   _____   Case number (if known)  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.17 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Hartford Courant | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.18 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Maselli Road Complex LLC | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.19 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | MDN Associates Inc. | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.20 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Somma Tool Company Inc. | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.21 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Cox Business | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.22 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Griggs Steel Co. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.23 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | UPS | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.24 | Michael Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | Single Source Technologies | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Pro Tool & Design, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $200,392.00 |
   | For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $456,357.00 |
   | For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $477,977.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Pro Tool & Design, Inc.   Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Anthem BCBS Attn: President P.O. Box 11792 Newark, NJ 07101 | 4/24, 5/24, 6/24 | $9,089.52 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other health insurance |
| 3.2. Maselli Road Complex LLC Attn: President 638 Church St Newington, CT 06111 | 6,24, 7/24 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other rent |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Michael Bose 23 Edgerton Street East Hampton, CT 06424 office of company | 2023 - 2024 | $26,950.00 | loan repayment to officer |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Pro Tool & Design, Inc. | Case number *(if known)* | |
|--------|-------------------------|--------------------------|--|

☒ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Novak Law Office P.C.<br>280 Adams Street<br>Manchester, CT 06042 | retainer and filing fee | 7/25/2024 | $3,338.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?**<br>Michael Bosse | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**

    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

---

| Debtor | Pro Tool & Design, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 230 Deming Road Berlin, CT 06037 | 2001 - 7/31/2021 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | Pro Tool & Design, Inc. | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

Debtor    Pro Tool & Design, Inc.                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. D'Agostino & Mazzone LLC<br>Attn: Managing Partner<br>21 New Britain Avenue, Suite 110<br>Rocky Hill, CT 06067 | 2007 to present |
| 26a.2. Michael Bosse<br>23 Edgerton Street<br>East Hampton, CT 06424 | Inception to present |
| 26a.3. Donna Nagle<br>3831 Grand Willow Circle<br>Southport, NC 28461 | Inception to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. D'Agostino & Mazzone LLC<br>21 New Britain Avenue, Suite 110<br>Rocky Hill, CT 06067 | |
| 26c.2. Mike Bosse<br>23 Edgerton Street<br>East Hampton, CT 06424 | |
| 26c.3. Donna Nagle<br>3831 Grand Willow Circle<br>Southport, NC 28461 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Pro Tool & Design, Inc.                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Michel Bosse | 23 Edgerton Street<br>East Hampton, CT 06424 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Michael Bosse<br>23 Edgerton Street<br>East Hampton, CT 06424 | 47500.00 | | Wages |
| | **Relationship to debtor**<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 3, 2024

/s/ Michael Bosse                                          Michael Bosse
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re   Pro Tool & Design, Inc.

Debtor(s)

Case No. 

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ...................................................... | $ | 3,000.00 |
| Prior to the filing of this statement I have received ....................................... | $ | 3,000.00 |
| Balance Due .......................................................................................................... | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
Reference is hereby made to the Bankruptcy Retainer Agreement dated July 23, 2024 for description of services and compensation to be paid.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to the Chapter 7 case described above.  Under no circumstances shall this agreement be construed to impose a professional obligation or duty upon the attorney to represent the client in related or unrelated matters which matters are in the proper jurisdiction of the Superior Courts of the State of Connecticut.

Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to motion pursuant to sec. 522(f) and sec. 506 requires a separate attorney's fee to be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor.  The undersigned attorney is not responsible, nor obligated to in any way, to undertake representation of the Debtor in any adversary proceeding, unless separately retained to do so.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 3, 2024

*Date*

/s/ Anthony S. Novak

Anthony S. Novak
*Signature of Attorney*
Novak Law Office, PC
280 Adams Street
Manchester, CT 06042
(860) 432-7710   Fax: (860) 432-7724
anthonysnovak@aol.com
*Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re    Pro Tool & Design, Inc.                      Case No. _____

                               Debtor(s)      Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 3, 2024              /s/ Michael Bosse

                                       Michael Bosse/President
                                       Signer/Title

```
A.R.M. Solutions
Attn: President
P.O. Box 3666
Camarillo, CA 93011


A.R.M. Solutions
Attn: President
2455 Teller Rd, Suite 150
Newbury Park, CA 91320


Accu-Grind Industrial Supply LLC
Attn: President
197 Delaware Avenue
Waterbury, CT 06708


Ann Thidemann Esq.
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Floor
Bridgeport, CT 06604


Anthem Blue Cross Blue Shield
Attn: President
P.O. Box 11792
Newark, NJ 07101


Arthur R. Warner Co.
Attn: President
701 Depot Street
Latrobe, PA 15650


Christine Sciarrino Esq.
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Floor
Bridgeport, CT 06604


Chubb
Attn: President
P.O. Box 382001
Pittsburgh, PA 15250


Citibusiness Card
Attn: President
P.O. Box 70166
Philadelphia, PA 19176


Citibusiness Card
Attn: President
P.O. Box 183051
Columbus, OH 43218
```

```
Connecticut Natural Gas
Attn: President
P.O. Box 847820
Boston, MA 02284


Cox Business
Attn: President
P.O. Box 78000  Dept. 781110
Detroit, MI 48278


Cox Business
Attn: President
P.O. Box 1259
Oaks, PA 19456


Credit Control LLC
Attn: President
3300 Rider Trail S. Suite 500
Earth City, MO 63045


Credit Control LLC
Attn: President
P.O. Box 51790
Livonia, MI 48151


CT Dept. of Revenue Services
C & E Division, Bankruptcy Unit
450 Columbus Blvd Suite 1
Hartford, CT 06103


CT Dept. of Revenue Services
Attn: Manager
P.O. Box 5089
Hartford, CT 06102


CT Laser & Engraving LLC
Attn: President
63 N. Cherry St. Suite 3
Wallingford, CT 06492


CWPM
Attn: President
P.O. Box 415
Plainville, CT 06062


DGI Supply
Attn: President
100 Lakeview Parkway Unit 100
Vernon Hills, IL 60061
```

```
DoAll Company
Attn: President
P.O. Box 200068
Dallas, TX 75320


Eversource
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037


Eversource
Attn: President
P.O. Box 56002
Boston, MA 02205


Griggs Steel Co.
Attn: President
P.O. Box 675382
Detroit, MI 48267


Hartford Courant
Attn: President
P.O. Box 569
Hartford, CT 06141


Hemly Tool Supply of CT LLC
Attn: President
11 Pane Road
Newington, CT 06111


Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101


Maselli Road Complex LLC
Attn: President
638 Church Street
Newington, CT 06111
```

```
MDN Associates Inc.
Attn: President
18 Robindale Road
Prospect, CT 06712


Michael Bosse
23 Edgerton Street
East Hampton, CT 06424


Radius Global Solutions LLC
Attn: President
P.O. Box 390916
Minneapolis, MN 55439


Single Source Technologies
Attn: President
Dept. CH 16443
Palatine, IL 60055


Somma Tool Company Inc.
Attn: President
109 Scott Road
Waterbury, CT 06705


TD Bank
Attn: President
1133 Main Street
Newington, CT 06111


The Hartford
Attn: President
P.O. Box 660916
Dallas, TX 75266


Thomaston Savings Bank
Attn: President
P.O. Box 907
Thomaston, CT 06787


Town of Newington CT
Attn: Tax Collector
200 Garfield Street
Newington, CT 06111


UPS
Attn: President
P.O. Box 809488
Chicago, IL 60680
```

# United States Bankruptcy Court
## District of Connecticut

In re   Pro Tool & Design, Inc.         Case No. _____

                    Debtor(s)         Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Pro Tool & Design, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 3, 2024                        /s/ Anthony S. Novak

Date                                        Anthony S. Novak
                                             Signature of Attorney or Litigant
                                             Counsel for   Pro Tool & Design, Inc.
                                             Novak Law Office, PC
                                             280 Adams Street
                                             Manchester, CT 06042
                                             (860) 432-7710  Fax:(860) 432-7724
                                             anthonysnovak@aol.com